USDC IN/ND case 2:23-cv-00390-TLS-JEM   document 4   filed 03/03/23   page 1 of 3
USDC IN/ND case 2:23-cv-00390-TLS-JEM   document 14   filed 11/14/23   page 1 of 3

45D02-2303-CT-000255

Filed: 3/3/2023 12:17 PM
Clerk
Lake County, Indiana

Lake Superior Court, Civil Division 2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT / SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING IN LAKE COUNTY, INDIANA |
| KENDALL COACHMAN, | ) | |
| Plaintiff, | ) | |
| v. | ) | CAUSE NO.: |
| WALMART, INC., STORE #1618, | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES AND JURY DEMAND

COMES NOW, the Plaintiff, Kendall Coachman, by Counsel, Duke T. Escue, of Walter J. Alvarez, P.C., and for their cause of action against the Defendant, Walmart, Inc. Store #1618, now state as follows:

1. This is a civil action for injuries and damages that the Plaintiff, Kendall Coachman, sustained as a result of a slip and fall incident that occurred on or about January 2, 2022, at the Walmart, Inc., Store #1618, located at or near 2936 East 79th Avenue, in Merrillville, Lake County, Indiana.

2. At said date and time, the Plaintiff was lawfully on the premises of the Defendant, as an invitee and with the permission of, and for the benefit of, the Defendant.

3. At said date and time, due to the negligence of the Defendant, the Plaintiff slipped and fell, due to ice/snow, on the premises of the Defendant, sustaining injuries.

4. That the Defendant had a duty to the Plaintiff to maintain the premises in a reasonably safe condition, and that the Defendant was negligent regarding same.

5. That the Defendant's negligence includes, but is not limited to, all of the following:

    a.    Failing to provide a reasonably safe walkway for invitees to enter and exit;

    b.    Failure to exercise reasonable care to discover a dangerous condition which provided an unreasonable risk of harm to the Plaintiff;

    c.    Failure to exercise reasonable care to protect invitees from unreasonable harm and danger;

    d.    Failing to adequately clean and salt the walkways in a reasonable and proper time frame in order to prevent social guests and other invitees from slipping and falling;

    e.    Failing to follow recommendations that would prevent the aforementioned hazard;

    f.    Failing to adequately maintain the premises in a safe condition and/or alert the Plaintiff of the unsafe and/or dangerous conditions;

    g.    Failing to use the requisite degree of care that a reasonably prudent person would have used under the same or similar conditions;

    h.    Failure to exercise reasonable and prudent care for the safety of their invitees and/or social guests;

    i.    Negligent hiring and/or training and/or supervision of individuals, employees, and/or other entities;

    j.    Failure to adequately salt, clean and/or remove snow and/or ice; and

    k.    Failure to comply with the doctrine of spoliation of evidence, pursuant to Indiana law, to maintain and preserve evidence.

6.    That as a direct and proximate result of the negligence of the Defendant, Walmart, Inc., Store #1618, the Plaintiff suffered injuries, some of which are permanent, incurred medical expenses for care, testing and treatment, suffered loss of wages and earning ability, and an inability to engage in normal daily activities for an indefinite period of time.

WHEREFORE, the Plaintiff, by Counsel, demands judgment against the Defendant, Walmart, Inc., Store #1618, and prays as follows:

    a.    For reasonable compensatory damages;

  b.  For pre-judgment and post-judgment interest;

  c.  For the costs of this action; and

  d.  For all other proper relief.

        WALTER J. ALVAREZ, P.C.
        Attorneys for Plaintiff

    By: _/s/ Duke T. Escue_____
       Duke T. Escue, #20578-64
       WALTER J. ALVAREZ, P.C.
       1524 West 96th Avenue
       Crown Point, IN 46307
       (219) 662-6400

**PLAINTIFF DEMANDS TRIAL BY JURY.**

        WALTER J. ALVAREZ, P.C.
        Attorneys for Plaintiff

    By: _/s/ Duke T. Escue_____
       Duke T. Escue, #20578-64
       WALTER J. ALVAREZ, P.C.
       1524 West 96th Avenue
       Crown Point, IN 46307
       (219) 662-6400